1

2

3

4

5

6

7

8       **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA**

10

11      JOE M. RANGEL,                           Case No.  2:24-cv-5399-JFW-RAO

12                    Petitioner,

13          v.                                    **ORDER    ACCEPTING    REPORT
                                                  AND    RECOMMENDATION    OF**
14      UNITED STATES OF AMERICA,                 **UNITED  STATES  MAGISTRATE
                                                  JUDGE**
15                    Respondent.

16

17              Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

18      Habeas Corpus, Dkt. No. 1; Respondent's Motion to Dismiss Petitioner's Petition for

19      Writ of Habeas Corpus, Dkt. No. 10; the February 14, 2025 Report and

20      Recommendation of United States Magistrate Judge ("February Report"), Dkt. No.

21      20; Petitioner's Objection to the February Report, Dkt. No. 21; and all of the records

22      and files herein.

23              The Court has engaged in a *de novo* review of those portions of the February

24      Report to which Petitioner has objected and does not find Petitioner's objections

25      persuasive.  The Court hereby accepts and adopts the findings, conclusions, and

26      recommendations of the Magistrate Judge contained in the February Report.

27              \\\

28

1        IT IS ORDERED that the Petition is denied, and Judgment shall be entered (1)

2   dismissing Petitioner's First Step Act claims without prejudice for lack of jurisdiction

3   and (2) dismissing Petitioner's remaining claims with prejudice.

4

5   DATED:  March 19, 2025

6   _____

7                 JOHN F. WALTER

8                 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28