JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE M. RANGEL, | Case No. 2:24-cv-5399-JFW-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, Petitioner's First Step Act claims are dismissed without prejudice, and Petitioner's remaining claims are dismissed with prejudice.

DATED: March 19, 2025

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE